UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PILAR SALES, :
:
Plaintiff, :
: 19-cv-11007 (LJL)
-v- :
: ORDER
124 STREET MARKET INC., et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/06/2020

LEWIS J. LIMAN, United States District Judge:

    A certificate of default has been issued as to each Defendant (see dkt. nos. 24-26). ORDERED that Plaintiff shall file a Motion for Default Judgment on ECF pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1 (see Attachment A to the Court's Individual Practices for guidance).

    The Initial Pre-Trial Conference scheduled for March 18, 2020 is hereby AJOURNED pending further order of the Court.

    SO ORDERED.

Dated: March 6, 2020
       New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge