```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
PILAR SALAS., :
:
                Plaintiff, :
: 19-cv-11007 (LJL)
    -v- :
: ORDER
124 STREET MARKET, INC., et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a TELEPHONE CONFERENCE to discuss the parties' proposed settlement agreement, at Dkt. No. 53, on September 23, 2020 at 5:30 p.m. At that date and time, the parties should dial the Court's conference line at 888-251-2909 (access code: 2123101).

SO ORDERED.

Dated: September 17, 2020
       New York, New York

                                                 LEWIS J. LIMAN
                                          United States District Judge