```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
PILAR SALAS,                                                     :
                                                                 :
                                   Plaintiff,                    :
                                                                 :     19-cv-11007 (LJL)
              -v-                                                :
                                                                 :     ORDER
124 STREET MARKET, INC., et al,                                  :
                                                                 :
                                   Defendants.                   :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/25/2020__

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated on the record at the conference held today, September 25, 2020, the Court finds that the parties' proposed settlement agreement, at Dkt. No. 53 ("Settlement Agreement"), is fair and reasonable, subject to the agreement reached by the parties at the conference that the release contained in paragraph 5 of the Settlement Agreement will be mutual. The Court has also reviewed the proposed attorney's fee and, also for the reasons stated at the September 25, 2020 conference, finds that it is fair and reasonable.

      By agreement of the parties on the record at the September 25, 2020 conference, the following language is added to paragraph 5 of the Settlement Agreement: "This release is mutual. Defendants release claims against Plaintiff to the same extent that Plaintiff releases claims against Defendants."

      For the foregoing reasons, the Court APPROVES both the Settlement Agreement and attorney's fee proposed at Dkt. No. 53, as modified by the parties. The Court directs the parties to file the Stipulation of Dismissal with Prejudice attached to the Settlement Agreement.

      SO ORDERED.

Dated: September 25, 2020  
      New York, New York  
                                         LEWIS J. LIMAN  
                                         United States District Judge